# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| WILLIE LAWRENCE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. CV412-137 |
| ) | |
| AL ST. LAWRENCE, ) | |
| ) | |
| Respondent. ) | |
| ) | |

## REPORT AND RECOMMENDATION

Willie Lawrence, a pre-trial detainee held at the Chatham County Detention Center while awaiting prosecution for a burglary, *see* attached state court docket, petitions this Court for habeas relief, which the Court determines to fall under 28 U.S.C. § 2241. Doc. 1. He also moves for leave to file it *in forma pauperis* (IFP). Doc. 2. Indicted in July 2011, *see* attach. at 2, and scheduled for a June 11, 2012 jury trial in state court, *id.* at 1, Lawrence insists that there are no pending charges against him and that the state is violating his constitutional rights. Doc. 1 at 1-2. He thus petitions for dismissal and release. *Id.* at 2.

The Court **GRANTS** his IFP motion (doc. 2) but concludes his petition must be dismissed. Lawrence's factual assertions are

contradicted by the attached state court docket sheet -- there *are* pending charges against him and the state is on the verge of trying him. And pretrial § 2241 petitions like his must be exhausted. *Wilkinson v. Dotson*, 544 U.S. 74, 79 2005) (all habeas corpus actions "require a petitioner to fully exhaust state remedies"); *Thomas v. Crosby*, 371 F.3d 782, 812 (11th Cir. 2004) (Tjoflat, J., concurring) ("Among the most fundamental common law requirements of § 2241 is that petitioners must first exhaust their state court remedies."). Georgia law

> allows pretrial detainees to raise each of these types of claims either during state criminal proceedings or collaterally in a state habeas corpus action. *See Perera v. Miller*, 283 Ga. 583, 662 S.E.2d 544, 544 (Ga. 2008) (noting that criminal defendants can bring speedy trial claim and ineffective assistance of counsel claims during the course of criminal proceedings); *Jackson v. State*, 279 Ga. 449, 614 S.E.2d 781, 783–84 (Ga. 2005) (ruling on speedy trial claim and due process claim based on preindictment delay; claims initially brought in motion for a new trial and reasserted on direct appeal); *Rainwater v. Langley*, 277 Ga. 127, 587 S.E.2d 18, 19–20 (Ga. 2003) (challenging pretrial detention in state habeas petition); *Banks v. Waldrop*, 272 Ga. 475, 531 S.E.2d 708, 708 (Ga. 2000) (holding that challenge to pretrial detention based on contention of improper denial of bail is properly brought in state habeas petition); *McClure v. Hopper*, 234 Ga. 45, 214 S.E.2d 503, 506 (Ga. 1975) (holding that claim based on denial of a timely first appearance may be cognizable in habeas corpus action).

*Harvey v. Corbin*, 2011 WL 4369828 at * 2 (S.D. Ga. Aug. 12, 2011). As in *Harvey*, Lawrence "has not alleged, and there is nothing in the record to

2

suggest, that he filed a state habeas petition challenging his pre-trial detention." *Id.* Therefore, his petition should be **DISMISSED WITHOUT PREJUDICE** so that he may exhaust available state remedies.[1]

**SO REPORTED AND RECOMMENDED**, this 22nd day of May, 2012.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Court notes that Lawrence also seeks to jam-up this prosecution with a 42 U.S.C. § 1983 case, *Lawrence v. Lawrence*, CV412-117, doc. 1 (S.D. Ga. Apr. 30, 2012), for which the Court is awaiting his IFP paperwork due by June 3, 2012.



CHATHAM COUNTY, GA
Eastern Judicial Circuit of Georgia

Home   Magistrate Court   Probate Court   State Court   Superior Court   Juvenile Court   Court Forms   Court Fees

May 17, 2012         Location: Case Details                             Input your search...



CASE LOOKUP

# Case Details

COURT FORMS

COURT FEES

MAP & DIRECTIONS

JURY SERVICES

SITE SEARCH



**State**
**vs.**
**LAWRENCE, WILLIE III**

- Case Events
- Charges
- Parties
- Proceedings

### Case Information

| | |
|---|---|
| Court: | Superior |
| Case Number: | CR111597 |
| Case Type: | BURGLARY |
| Judge: | JUDGE WALMSLEY |
| Assistant District Attorney: | ARVO HENIFIN |
| Date Filed: | 7/13/2011 |
| Status: | ACTIVE - |
| Next Event: | 6/4/2012 STATUS CONFERENCE HEARING |

### Defendant Information

| | |
|---|---|
| Name: | LAWRENCE, WILLIE III |
| DIN: | X0000302 |
| Gender: | MALE |
| Race: | AFRICAN AMERICAN |
| Height: | 73 |
| Weight: | 150 |
| Eyes: | BROWN |
| Hair: | BLACK |

Chatham County Sheriff X0000302

Click for large Picture

**Defendant History**

### Attorney Information
NATHAN AKPOLO
540 EAST OGLETHORPE ST
SAVANNAH, GA
31401

### Bondsman Information
N/A

### Case Events

| Date | Time | Code | Judge | Action |
|---|---|---|---|---|
| 6/11/2012 | 09:30AM | JURY TRIAL | WALMSLEY | |
| 6/4/2012 | 10:00AM | STATUS CONFERENCE HEARING | WALMSLEY | |
| 4/30/2012 | 09:30AM | JURY TRIAL | WALMSLEY | RESCHEDULE EVENT |
| 4/23/2012 | 10:00AM | STATUS CONFERENCE HEARING | WALMSLEY | |
| 3/19/2012 | 09:30AM | JURY TRIAL | PERRY BRANNEN, JR. | |
| 12/19/2011 | 09:30AM | JURY TRIAL | PERRY BRANNEN, JR. | RESCHEDULE EVENT |
| 10/10/2011 | 12:00PM | PRETRIAL HEARING | PERRY BRANNEN, JR. | |
| 8/29/2011 | 10:00AM | CALENDAR CALL | PERRY BRANNEN, JR. | |

[Return to Top]

### Charges

| Charge | Description | Counts | Severity | Charge Date | Disposition |
|---|---|---|---|---|---|
| 16-7-1 | BURGLARY | 1 | FELONY | 4/25/2011 11:52:30 AM | |

[Return to Top]

### Proceedings

| | | | | | |
|---|---|---|---|---|---|
| 6/11/2012 | 09:30AM | JURY TRIAL | | WALMSLEY | |
| 6/4/2012 | 10:00AM | STATUS CONFERENCE HEARING | | WALMSLEY | |
| 5/3/2012 | | PRO SE LETTER RECEIVED | | | REQUEST FOR TRANSCRIPT/ |

| Date | Time | Event | Status | Judge | Notes |
|---|---|---|---|---|---|
| 5/3/2012 | | PRO SE LETTER RECEIVED AND CLERKS RESPONSE | | | |
| 4/30/2012 | 09:30AM | JURY TRIAL | RESCHEDULE EVENT | WALMSLEY | |
| 4/23/2012 | 10:00AM | STATUS CONFERENCE HEARING | | WALMSLEY | |
| 4/17/2012 | | PRO SE LETTER RECEIVED AND CLERKS RESPONSE | | | REQ FOR COPIES OF FILE/ |
| 3/26/2012 | | SUPPLEMENTAL DISCOVERY | | | ADDENDUM TO STATES RECIDIVIST SENTENCING NOTICE-AGG OF SENTENCE NOTICE AND STATES INTENT TO IMPEACH DEF TESTIMONY USING PRIOR CRIM CONVICTIONS NOTICE/ADD TO NOTICE OF INTENT TO PROSECUTE DEF AS RECIDIVIST/ ADD TO NOTICE OF INTENT TO INTRODUCE EVIDENCE IN AGG OF SENTENCE/ADD TO NOTICE OF INTENT TO IMPEACH DEF TESTIMONY USING PRIOR CONVICTIONS/CERT OF SVC/ |
| 3/19/2012 | 09:30AM | JURY TRIAL | | PERRY BRANNEN, JR. | |
| 2/24/2012 | | MASTER LIST FOR WITNESSES | | | |
| 12/19/2011 | 09:30AM | JURY TRIAL | RESCHEDULE EVENT | PERRY BRANNEN, JR. | |
| 11/10/2011 | | MOTION - PRO SE MOTION | DENIED | | MOTION TO WITHDRAW COUNSELOR/ |
| 11/9/2011 | | ORDER | | | ORDER DENYING MOTION TO WITHDRAW COUNSELOR/ |
| 10/21/2011 | | ORDER | | | ORDER DENYING MOTION TO WITHDRAW COUNSEL/ |
| 10/17/2011 | | PRO SE LETTER RECEIVED AND CLERKS RESPONSE | DENIED | | MOTION TO WITHDRAW ATTY AKPOLO/ |
| 10/10/2011 | 12:00PM | PRETRIAL HEARING | | PERRY BRANNEN, JR. | |
| 10/7/2011 | | SEALED DOCUMENT | | | |
| 8/29/2011 | 10:00AM | CALENDAR CALL | | PERRY BRANNEN, JR. | |
| 7/14/2011 12:39:18 PM | | SCREENING | | | INITIAL CASE SCREENING / SCANNING |
| 7/13/2011 | | INDICTMENT | | | |

[Return to Top]