UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

WILLIE LAWRENCE,

Petitioner,

v.                          4:12-cv-137

AL ST. LAWRENCE,

Respondent.

## ORDER

On May 16, 2012, Petitioner Willie Lawrence ("Lawrence") filed this 28 U.S.C. § 2241 petition. *See* Doc. 1. On May 22, 2012, the Magistrate Judge issued a Report and Recommendation ("R&R") recommending dismissal of Lawrence's petition so that he may exhaust available state remedies. *See* Doc. 3. Objections to the R&R were due by June 5, 2012. *See* Doc. 4. On June 5, 2012, this Court adopted the R&R, dismissing this case without prejudice. *See* Doc. 6.

The Clerk's Office received Lawrence's objection on June 7, 2012. *See* Doc. 8. The envelope containing his objection was postmarked on May 31, 2012. *See id.* at 2. Thus, under the prisoner mailbox rule, Lawrence's objection was timely. *See United States v. Carter*, 411 F. App'x 242, 243 (11th Cir. 2011). The Court will now consider his objection.

Lawrence simply rehashes some of the allegations set forth in his petition. He contends that his indictment for burglary is void because it was not by way of "special presentment." *See* Doc. 8 at 1. He avers that he bypassed exhaustion of his state remedies because no bench warrant exists to support his indictment. *See id.*

Lawrence's objection is meritless. He presents no facts or arguments warranting the Court's reconsideration of its adoption Order. The R&R remains the opinion of this Court.

This 12th day of June 2012.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA